# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

May 18, 2021

<u>VIA CM/ECF</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

> Re:   Request for Extension of Time to Answer the Complaint
> *Business Casual Holdings, LLC v. YouTube, LLC et al*, No. 21-cv-3610

Dear Judge Ramos:

      We represent Defendants YouTube, Google, and Alphabet in the above-captioned action. Pursuant to Paragraph 1.E of Your Honor's Individual Practices, we respectfully request an extension of 30 days to respond to Plaintiff's Complaint, Dkt. 1. The extension would allow Defendants time to investigate the underlying facts of the case.

      This request would extend Defendants' time to respond to the Complaint from May 25, 2021 to June 24, 2021. Defendants have made no prior request for an extension in this case. The parties have met and conferred by telephone, and Plaintiff's counsel consented to the request for extension by email.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ *Brian M. Willen*</u>
Brian M. Willen

*Counsel for Defendants*

cc:   Counsel of record for Plaintiff (via ECF)