# Exhibit D

# Content Manager policies

YouTube is committed to ensuring that our content management ecosystem is clean, fair, and free from abuse. To achieve this goal, we have created a number of policies governing the use of the features available to content managers through the Content Management System (CMS). All content managers are responsible for upholding these policies and standards for their content owners.

## What happens if you violate our content manager policies

### Losing access to CMS features

Partners who misuse or abuse CMS features will lose access to those features. This is usually temporary, and typically lasts for a set period of time. We may also temporarily restrict your access to CMS features to prevent imminent harm to the content management ecosystem. The amount of time a partner must wait before regaining access to a feature depends on a number of factors, such as the severity of the violation, the reason it occurred, the impact on a partner's business, and the partner's violation history. Your partner manager will have information about the specific details and next steps. If you do not have a partner manager, you can contact the Creator Support team for more information.

### Content ID and official warnings

Content ID is a powerful tool that can cause a great deal of harm if used improperly. Content managers who fail to follow our Content ID policies may receive official warnings if YouTube determines that their misuse of a Content ID feature is negligent, deliberate, or harmful. Official warnings may affect your company's eligibility for certain YouTube programs & CMS features, so it is important that you have adequate internal quality controls in place to comply with our Content ID policies.

### Repeated and egregious violations

We take these policies very seriously. Partners who repeatedly or egregiously violate our content manager policies will face harsher penalties. These penalties may include losing access to additional CMS features, losing specific features for longer periods of time, or losing access to CMS entirely and termination of any contracts with YouTube.

In some cases, we may issue a "final warning" to comply with our policies. Content managers who are issued an official final warning notification will lose access to most of their CMS features until they can pass an abuse audit sometime within the following year. Any additional violations of our content manager policies in the following year, as well as failing to request and pass an abuse audit will put their contracts at risk of termination.

### Ownership of Multiple Content Owners

Note that if you have a controlling stake in multiple content managers on YouTube, violations incurred in one content manager could result in penalties across all content managers under your ownership.

## General Content Manager policies

These policies apply to every partner with access to the YouTube CMS

Channel accountability policy 



Content Manager policies - YouTube Help

**Channel entry policy**

**Circumventing systems policy**

**Content Manager copyright strikes policy**

When a channel receives a copyright strike, channel-level penalties are applied. Partners should avoid accumulating copyright strikes across their managed channels. Failure to do so will result in penalties applied to their content manager in addition to existing channel strike policies. Partner strike penalties limit access to features. This impacts both the content owner and associated content owners.

**Policy requirements:**

If a partner receives 10 copyright strikes across managed channels in a 90 day period, then the partner is subject to further review, the results of which may include loss of the ability to link channels, loss of the ability to upload videos, and termination of the partnership agreement. After 90 days, copyright strikes will expire and be removed from the channel and content owner's total. YouTube also reserves the right to evaluate and address abuse at any time, at its discretion.

**What you can do to follow the policy:**

- Use care when selecting new channels to manage. Avoid adding channels that might pose a risk to your strike total.
- Most partners perform best when they keep the number of channels on an O&O content owner below 120.
- Educate the channels you manage about copyright and ensure they act in accordance with YouTube's policies.
- Ensure you maintain proper internal controls as you increase the number of channels you manage.

If you believe any of the associated copyright strikes are invalid, you may wish to learn more about filing counter notifications or requesting claim retractions.

You can learn more about Copyright strikes in the Help Center.

**Accountable access and acquisitions policy**

**Music partner hosting policy**

# Policies for Content ID

These policies apply to partners with access to the Content ID matching system. You can find out more about qualifying for Content ID in the Help Center.

**Content ID eligible content policy**



Content ID reference delivery policy

Content ID manual claiming policy

Content ID and manually blocking critical content

Content ID and political censorship

Content ID manual action policy

Content ID responsible asset management policy