UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>YOUTUBE, LLC, a Delaware limited liability company; GOOGLE LLC, a Delaware limited liability company; and ALPHABET INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No.: 21-cv-3610-JGK-RWL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF' REQUEST FOR EXTENSION OF BRIEFING DEADLINES** |

　　　　Having considered Business Casual's letter motion requesting a two-week extension of the deadlines for its memorandum opposing Defendants' motion to dismiss and Defendants' reply:

　　　　**IT IS HEREBY ORDERED AS FOLLOWS:** Plaintiff's memorandum opposing Defendants' motion to dismiss is due **September 22, 2021** and Defendants' reply is due **September 29, 2021**.

SO ORDERED.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge