UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> YOUTUBE, LLC, a Delaware limited liability company; GOOGLE LLC, a Delaware limited liability company; and ALPHABET INC., a Delaware corporation, <br><br> Defendants. | Case No.: 21-cv-3610-JGK-RWL <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF' REQUEST FOR EXTENSION OF BRIEFING DEADLINES** |

Having considered Business Casual's letter motion requesting a two-week extension of the deadline for its memorandum opposing Defendants' motion to dismiss with Defendants' reply due two weeks after that date:

**IT IS HEREBY ORDERED AS FOLLOWS:** Plaintiff's memorandum opposing Defendants' motion to dismiss is due **September 22, 2021** and Defendants' reply is due **October 6, 2021**.

SO ORDERED.

Date: _____

_____
Hon. John G. Koeltl
United States District Court Judge