**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

**JASON MOLLICK**
Internet: jmollick@wsgr.com
Direct dial: 212.497.7772

March 10, 2022

<u>VIA CM/ECF</u>

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Business Casual Holdings, LLC v. YouTube, LLC et al.*,
      No. 1:21-cv-03610-JGK

Dear Judge Koeltl:

    We represent Defendants YouTube, LLC, Google LLC, and Alphabet Inc. (together, "YouTube") in the above-captioned action. We write concerning the oral argument on YouTube's motion to dismiss (Dkt. 28) set for March 18, 2022 at 10:00 AM. That argument is currently scheduled for the same day and time as oral argument on TV-Novosti's (TVN) motion to dismiss in the Related Case, No. 1:21-cv-02007-JGK.

    This morning, counsel for TVN filed a motion to withdraw as counsel, to give TVN sixty (60) days to arrange new counsel, and to adjourn the oral argument on TVN's Motion to Dismiss until a date two weeks after the deadline the Court provides for TVN to obtain new counsel. YouTube, of course, takes no position on that motion.

    As for oral argument on YouTube's pending Motion to Dismiss, YouTube is willing and able to proceed on March 18 as scheduled, and notes that the issues raised in its Motion are separate and distinct from those raised in TVN's motions. Should the Court prefer, however, YouTube has no objection to adjourning the hearing until an appropriate date when TVN's motion can also be heard, or simply resting on its papers.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Jason Mollick*

Jason Mollick

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE