UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>YOUTUBE, LLC, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-3610-JGK<br><br>**Motion for Withdrawal as Counsel of Record** |

    In accordance with Local Civil Rule 1.4, the undersigned respectfully request the withdrawal of Duff Law PLLC ("Duff Law") and Cloudigy Law PLLC ("Cloudigy") as counsel of record for Plaintiff Business Casual Holdings, LLC ("Business Casual"). The declarations submitted with this motion demonstrate that Business Casual has consented to the withdrawal of Duff Law and Cloudigy. Duff Law respectfully asks that Anderson J. Duff be removed as counsel of record for Business Casual, and Cloudigy respectfully asks that Antigone Peyton be removed as counsel of record for Business Casual.

    Business Casual requests sixty (60) days to retain new counsel to appear on its behalf in this matter. This is Business Casual's first request for an adjournment to retain new counsel. Counsel for Defendants stated that they would not oppose Business Casual's request for a sixty-day stay to retain new counsel.

Dated:   April 7, 2022
         New York, New York

Respectfully submitted,

By: _____
Anderson J. Duff (AD2029)
DUFF LAW PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
(t) 646.450.3607
(f) 917.920.4217
(e) ajd@hoganduff.com
*Counsel for Plaintiff*
*Business Casual Holdings, LLC*

By: /Antigone Peyton/
Antigone Peyton (*pro hac vice*)
CLOUDIGY LAW PLLC
8255 Greensboro Drive
STE C-130 Box 5
Tysons Corner, Virginia 22102
(t) 703.249.9695
(f) 571.384.8529
(e) apeyton@cloudigylaw.com
*Counsel for Plaintiff*
*Business Casual Holdings, LLC*

## CERTIFICATE OF SERVICE

     I, Anderson J. Duff, hereby certify that I have caused a true and correct copy of the foregoing motion to withdraw as counsel of record and its supporting declarations to be served via ECF on all counsel of record on April 7, 2022.

Dated: New York, New York
April 7, 2022

/Anderson J. Duff/
Anderson J. Duff