UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>    v.<br><br>YOUTUBE, LLC, et al.,<br><br>  Defendants. | Case No.: 1:21-cv-3610-JGK<br><br>**Declaration of<br>Anderson J. Duff** |

I, Anderson J. Duff, declare as follows:

  1.  I am an attorney admitted to practice before this Court and a member of Duff Law PLLC ("Duff Law"), counsel of record for Plaintiff Business Casual Holdings, LLC ("Business Casual") in the above-captioned action.

  2.  In accordance with Local Civil Rule 1.4, I respectfully submit this declaration in support of the accompanying motion to withdraw as counsel of record for Business Casual.

  3.  Business Casual and Duff Law have mutually agreed that Business Casual would be better served by alternative counsel, and Business Casual has stated in an email that it has retained new counsel.

  4.  Business Casual consented to Duff Law's requested withdrawal from this case.

  5.  Business Casual has been advised of all upcoming deadlines.

  6.  Duff Law's withdrawal can be accomplished without material adverse effect on Business Casual's interests because counsel for Defendants has agreed not to oppose Business Casual's request for a sixty-day stay to retain new counsel, no case management schedule has been put in place, and the parties have not begun taking discovery. For these reasons, withdrawal of Duff Law will not prejudice any party or unnecessarily delay this action.

7. Duff Law is not asserting a retaining or charging lien.

8. In the accompanying motion, Business Casual respectfully asks that the Court grant Business Casual sixty (60) days to retain new counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2022
New York, New York

Respectfully submitted,

By: _____
Anderson J. Duff (AD2029)
DUFF LAW PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
(t) 646.450.3607
(f) 917.920.4217
(e) ajd@hoganduff.com
*Counsel for Plaintiff*
*Business Casual Holdings, LLC*