

RONALD D. COLEMAN
RCOLEMAN@DHILLONLAW.COM

June 3, 2022

**BY ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:   *Business Casual Holdings, LLC v. YouTube, LLC*
               1:21-cv-03610-JGK

Dear Judge Koeltl:

    Plaintiff submits this letter motion to request a two-week extension of time to file its amended complaint, currently due on June 8, 2022, to a revised date of June 22, 2022. Plaintiff's principal, Mr. Edson, suffers from a chronic medical condition which has recently flared up, completely debilitating him. An experimental medical treatment may alleviate Mr. Edson's symptoms, but this will require travel and time for recovery.

    Defendants, through counsel, did not respond to this request. No previous request for the relief sought has been made by either party.

                                        Respectfully submitted,

                                        Ronald D. Coleman