

RONALD D. COLEMAN
RCOLEMAN@DHILLONLAW.COM

June 8, 2022

**BY ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

   Re: *Business Casual Holdings, LLC v. YouTube, LLC*
      1:21-cv-03610-JGK

Dear Judge Koeltl:

 Plaintiff makes this submission in response to the Court's order of yesterday's date (Doc. 49).

 I overlooked an email from defendant's counsel on June 2nd responding to my client's extension request. Despite searching my inbox for a response from opposing counsel prior to filing our letter motion with the Court, I missed it. I have no idea how this happened. Yesterday morning, before the Court entered its memorandum order, I emailed defendant's counsel with my apology and agreed to the requested extension of time. Our intention was to clarify this matter with the Court as soon as possible.

 It has never been the practice of this firm, nor of the undersigned in over thirty years practicing in the Southern District, to engage in sharp practice or to make a knowing misrepresentation of any kind to the Court (or otherwise). I personally, and sincerely, apologize again to defendants and their counsel, and to the Court as well.

Respectfully submitted,

*/s/ Ronald D. Coleman*

Ronald D. Coleman

#

**DHILLON LAW GROUP, INC.**
A CALIFORNIA CORPORATION
50 PARK PLACE, SUITE 1105 | NEWARK, NJ 07102 | 973-298-1723