

```
Application granted. So ordered.

New York, NY          /s/ John G. Koeltl
June 22, 2022         John G. Koeltl, U.S.D.J.
```

RONALD D. COLEMAN
RCOLEMAN@DHILLONLAW.COM

June 21, 2022

**BY ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re: *Business Casual Holdings, LLC v. YouTube, LLC*
       1:21-cv-03610-JGK

Dear Judge Koeltl:

  Plaintiff writes again, on the consent of defendants, to request what we very much hope will be a final two-week extension of time to move for leave to file an amended complaint, currently due today, to a revised date of July 6, 2022, again because of the health of plaintiff's principal, Mr. Edson, who was hospitalized early last week with a severe case of Covid. We attach documentation of this event with this letter.

  We are certain the Court understands that as plaintiff, Business Casual has no interest in delaying these proceedings, and appreciate both defendants' courtesies and the Court's forbearance in this matter.

            Respectfully submitted,

            *[signature]*

            Ronald D. Coleman



# AFTER VISIT SUMMARY

**Alex I. Edson** MRN: ▓▓▓▓    📅 6/13/2022   📍 HonorHealth SSMC Emergency Department ▓▓▓▓

## Instructions



**Your medications have changed**

➡ START taking:
- acetaminophen (TYLENOL)
- benzonatate (TESSALON)
- naproxen (NAPROSYN)
- ondansetron (ZOFRAN-ODT)

Review your updated medication list below.



**Read the attached information**
Coronavirus Disease (COVID-19): General Info (English)



**Pick up these medications at** ▓▓▓▓

▓▓▓▓

acetaminophen • benzonatate • naproxen • ondansetron

Address: ▓▓▓▓
Phone: ▓▓▓▓



**Follow up with** ▓▓▓▓ **MD in 1 week (around 6/20/2022)**
Specialty: Internal Medicine
Contact: ▓▓▓▓

## Today's Visit

You were seen by ▓▓▓▓

**Reason for Visit**
- COVID-19 Symptoms
- Fever
- Sore Throat
- Headache

**Diagnoses**
- COVID-19
- Viral upper respiratory tract infection

### 🧪 Lab Tests Completed
CBC with Differential
COVID-19/FLU/RSV PCR
Comprehensive Metabolic Panel

### 💊 Done Today
Insert peripheral IV

### 💊 Medications Given
dexAMETHasone PF (DECADRON) Last given at 12:15 PM

ketorolac (TORADOL) Last given at 12:15 PM

ondansetron (ZOFRAN) Last given at 12:15 PM

sodium chloride Stopped at 3:01 PM

| Blood Pressure | Temperature (Tympanic) |
|---|---|
| 103/56 | 99.2 °F |
| **Pulse** | **Respiration** |
| 66 | 16 |
| **Oxygen Saturation** | |
| 97% | |

## What's Next

▓▓▓▓

**Looking for help finding an HonorHealth Primary Care Provider (PCP) or specialist?**
If you need help finding an HonorHealth doctor, as recommended by your ED provider today, you can either:
1. Visit our website at **HonorHealth.com/findadoc**
2. Call the **HonorHealth Customer Navigation Center** at **623-580-5800**