# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

JASON MOLLICK
Internet: jmollick@wsgr.com
Direct dial: 212.497.7772

July 12, 2022

**VIA CM/ECF**

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/12/22

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Business Casual Holdings, LLC v. YouTube, LLC et al.,***
No. 1:21-cv-03610-JGK

Dear Judge Koeltl:

We represent Defendants YouTube, LLC, Google LLC, and Alphabet Inc. in the above-captioned action. We write, with consent of counsel for Plaintiff, to clarify that Defendants' deadline to respond to Plaintiff's motion for leave to amend (Dkts. 53-54) should be August 5, 2022 – one month after Plaintiff's motion.

To recap: Plaintiff's motion was originally due on April 11, 2022. Dkt. 41 at 17. At Plaintiff's request the Court extended the deadline by 60 days, to June 8, when Plaintiff obtained new counsel. Dkt. 45. Plaintiff then requested an additional two-week extension until June 22, to which Google consented provided that it receive a reciprocal extension to respond by July 22. Dkts. 48-49. Plaintiff then requested a further two-week extension to July 6, which was also granted with Defendants' consent. Dkt. 52.

The parties intended that when Defendants consented to the most recent extension, its current one-month response time would remain intact. It is unclear whether that is reflected on the docket. Accordingly, Defendants respectfully request clarification that their response to Plaintiff's motion shall be due by August 5, 2022. Plaintiff consents to this request.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Jason Mollick

Jason Mollick

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE