# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BUSINESS CASUAL HOLDINGS, LLC,

      Plaintiff

- against -

YOUTUBE, LLC, et al.,

      Defendants.

1:21 CV 03610 (JGK)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: BUSINESS CASUAL HOLDINGS, LLC in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the [X] judgment [X] order entered on November 22, 2022 that: the plaintiff's motion for leave to file the Amended Complaint be dismissed with prejudice and the action be dismissed with prejudice.

November 23, 2022
Dated

Signature*

Ronald D Coleman    Dhillon Law Group, Inc.
Name (Last, First, MI)

50 Park Place, Suite 1105    Newark    NJ    07102
Address    City    State    Zip Code

973-298-1723    rcoleman@dhillonlaw.com
Telephone Number    E-mail Address