UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUSINESS CASUAL HOLDINGS, LLC,

                Plaintiff,

-against-                                          21 **CIVIL** 3610 (JGK)

                                                  **JUDGMENT**

YOUTUBE, LLC, ET AL.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 22, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the plaintiff's motion for leave to file the Amended Complaint is denied, and the action is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       November 23, 2022

                                                                  **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                              **BY:**        *K. Mango*

                                                                        **Deputy Clerk**